IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND CURTIS EVANS,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>**D. SMITH,** )<br>)<br>Respondent. )<br>)<br>)<br>_____ ) | 1:08-CV-0671-AWI WMW HC<br><br>**ORDER REQUIRING PETITIONER TO FILE AMENDED PETITION ON CORRECT FORM** |

      Petitioner is a federal prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241. Rather than use the proper form, Petitioner has filed his petition in a handwritten, nonstandard format. The court is unable to discern from Petitioner's petition either the basis of his claim or the relief that he seeks. Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Petitioner a copy of the form for filing a Section 2241 petition in this court. Petitioner is instructed to complete that form, label it "First Amended Petition," put the case number of this action on it, and file it with this court within thirty (30) days of the date of service of this order. Petitioner's failure to comply with

1   this order will result in the dismissal of this action.

3   IT IS SO ORDERED.

4   **Dated:  July 14, 2008**                    **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE