UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CURTIS EVANS, | 1:08-cv-00671-WMW  (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION. |
| v. | |
| D.  SMITH, | (DOCUMENT #16) |
| Respondent. | |
| _____/ | DEADLINE:  February 22, 2009 |

  On February 2, 2009,  respondent requested a 20-day extension of time to file its response to Evans' petition under 28  U.S.C. § 2241.

  IT IS HEREBY ORDERED that, the respondent's request for a 20-day extension is granted.  The response is now due February 22, 2009.

  IT IS SO ORDERED.

**Dated:    February 6, 2009**           /s/  William M. Wunderlich
                UNITED STATES MAGISTRATE JUDGE