UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND EVANS, | ) | 1:08-CV-00671 WMW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S MOTION |
| | ) | FOR PRELIMINARY INJUNCTION |
| v. | ) | |
| | ) | [Doc. #20] |
| | ) | |
| D. SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2009, Petitioner filed a motion requesting a restraining order against the movement and seizure or his property and against the transfer of his documents.

**DISCUSSION**

Petitioner is informed that claims concerning the conditions of one's confinement are properly raised in a civil rights complaint. McCarthy v. Bronson, 500 U.S. 136, 141-42 (1991); Preiser v. Rodriguez, 411 U.S. 475, 499 (1973); Badea v. Cox, 931 F.2d 573, 574 (9th Cir.1991); Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases. A habeas corpus

1   petition is the correct method for a prisoner to challenge the "legality or duration" of his
2   confinement.  Badea, 931 F.2d at 574, *quoting* Preiser, 411 U.S. at 485; Advisory Committee Notes
3   to Rule 1 of the Rules Governing Section 2254 Cases.
4         In this case, Petitioner seeks injunctive relief, which is not properly brought in a petition for
5   writ of habeas corpus.  Petitioner's complaint clearly concerns the conditions of his confinement and
6   thus is appropriately raised in a civil rights action.  Accordingly, the Court will recommend that
7   Petitioner's motion be dismissed.

## ORDER

9         Accordingly, the Court hereby ORDERS that Petitioner's motion for a preliminary injunction
10  be DISMISSED.  The Court further ORDERS that the Clerk of the Court send Petitioner a civil
11  rights complaint form for federal prisoners.

14                    IT IS SO ORDERED.
15        Dated:   February 25, 2009            /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE