UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CURTIS EVANS,<br><br>        Petitioner,<br><br>    v.<br><br>D. SMITH,<br><br>        Respondent.<br>_____ / | 1:08-cv-00671-WMW  (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION<br><br>(DOCUMENT #19)<br><br>30-DAY DEADLINE |

On February 20, 2009, respondent filed a motion to extend time to file a response to the petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response to petition.

IT IS SO ORDERED.

Dated:   February 27, 2009            /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE